IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BARRY LARRY, JR.                                                                                   PLAINTIFF

v.                              Case No. 5:15-CV-05046

ERNEST CATE, Acting Judge, Springdale District
Court; and JEFF HARPER, Prosecuting Attorney                      DEFENDANTS

**O R D E R**

Currently before the Court are the findings and recommendations (Doc. 5) of the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. No objections have been filed, and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE as the claims are against individuals immune from suit.

The Clerk is directed to place a § 1915(g) strike on this case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of April, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE